# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR-19-404-D |
| CHERYL M. ASHLEY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Cheryl M. Ashley's Motion to File Sentencing Memorandum Under Seal [Doc. No. 149]. Upon consideration, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Ashley's Sentencing Memorandum shall be filed under seal so as to not become a matter of public record, until further order of the Court.

**IT IS SO ORDERED** this 13th day of May, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge